BEFORE THE FIRST DIVISION, DECEMBER 16, 1944.

**No. 49871.**—Protest 76638–K of Westergaard, Berg-Johnsen Co. (New York).

Opinion by COLE, J.  At the trial the appraiser's advisory report and the collector's letter transmitting the protest to the court were received in evidence by consent of the parties.  In these official papers it was conceded that the merchandise in question is in fact of the kind claimed by the plaintiff.  In accordance therewith the protest was sustained.

**No. 49872.**—Protests 104778–K, etc., of Balfour, Guthrie & Co., Ltd., et al. (New York).

Opinion by COLE, J.  Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 49873.**—Protests 31129–K, etc., of Products from Sweden, Inc., et al. (New York).

Opinion by COLE, J.  Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE THIRD DIVISION, DECEMBER 16, 1944

**No. 49874.**—Protest 36993–K of Kwong Yick & Co. (Los Angeles).

Opinion by CLINE, J.  It was stipulated that the ducks in oil in tins are the same in all material respects as those passed upon in *Wa Chong* v. *United States*, (T. D. 45695) and that the rice is broken rice of the same character and description as that involved in Abstract 48704 as amended.  In accordance therewith the protest was sustained as to the ducks in oil in tins and a portion of the rice in question (2³⁄₁₀ percent) thereof by weight was held dutiable at five-sixteenths of 1 cent per pound under paragraph 727 as amended.  Protests sustained to this extent.